# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TPMC-ENERGYSOLUTIONS ENVIRONMENTAL SERVICES 2008, LLC, | ) ) ) | |
| Plaintiff, | ) ) | No. 15-1566C (Judge Horn) |
| v. | ) ) | |
| UNITED STATES, | ) ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Scheduling Order of March 25, 2016, the parties respectfully file the following joint status report:

The parties have exchanged initial disclosures and are currently proceeding with discovery and are cooperating. The Government has submitted its first request for production of documents to plaintiff. Plaintiff expects to submit its first discovery request within the next seven days.

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

| | |
|---|---|
| s/ James Hatcher Graham | s/ Joseph A. Pixley |
| JAMES HATCHER GRAHAM | JOSEPH A. PIXLEY |
| J. Hatcher Graham, P.C. | Trial Attorney |
| 303 Pheasant Ridge | Commercial Litigation Branch |
| Warner Robbins, GA 31088 | Civil Division |
| Tel: (478) 953-5606 | U.S. Department of Justice |
| Fax: (478) 953-0272 | P.O. Box 480 |
| | Ben Franklin Station |
| | Washington, DC 20044 |
| | Tel: (202) 307-0843 |
| | Fax: (202) 305-7643 |
| Attorney for Plaintiff, | Attorneys for Defendant |

June 30, 2016

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June, 2016, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Joseph A. Pixley

_____

Joseph A. Pixley